FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2011 APR 28 PM 2: 39

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

CRIMINAL ACTION NO.   1:10-CR-00007

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

JASON MATTHEW GATEWOOD                          DEFENDANT

## JURY INSTRUCTIONS

\* \* \* \* \* \* \* \* \* \* \* \*

Having found the Defendant, Jason Matthew Gatewood, guilty of possession with the intent to distribute marijuana as charged in Count 1 of the Indictment,  I will now instruct you on the law you are to apply with respect to forfeiture of property.  You are instructed to render a special verdict concerning certain property that the United States alleges to be subject to forfeiture as a result of the defendant's crime.  All my previous instructions regarding the credibility of witnesses, duty to deliberate, and the rules of law that I previously instructed you to follow in deciding this case also apply to your deliberations regarding the forfeiture aspect of this case.

# INSTRUCTION NO. 1

Title 21, United States Code, Section 853, states that a defendant convicted of the drug offense charged in Count 1 of the Indictment must forfeit to the United States any real or personal property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result his participation in the offense for which he has been convicted; and any and all of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense of which he has been convicted.

## INSTRUCTION NO. 2

The United States alleges that the following property is to be forfeited: (1) one thousand, nine hundred, fifty-eight dollars ($1,958.00) in United States currency. It is up to you to determine whether the property was proceeds of the offense or used to facilitate the offense. As to each item of property, you must determine whether the United States has proved by a preponderance of the evidence that the property:

1) Constitutes or is derived from any proceeds the defendant obtained, directly or indirectly, as a result of his participation in the offense of which he has been convicted; OR,

2) Was used, or was intended to be used, in any manner or part to commit or to facilitate the commission of the offense of which he has been convicted.

The term "property" includes real property, including things growing on, affixed to, and found in land; as well as tangible and intangible personal property, including rights, privileges, interests, claims, and securities.

Property "derived" from the proceeds of drug violations includes any property obtained directly, or indirectly, using money or any other source of wealth gained as a result of having participated in drug violations. Property which "facilitates" the commission of drug violations includes property which makes the commission of the violations easier or is used to assist in the commission of the violation.

## INSTRUCTION NO. 3

The United States must prove its case for forfeiture by a preponderance of the evidence. A "preponderance of the evidence" simply means an amount of the evidence which is enough to persuade you that the United States's forfeiture allegations are more likely true than not true. A preponderance of the evidence means the greater weight of the evidence. This standard is less strict than the "beyond a reasonable doubt" standard that you applied when you determined that the defendant was guilty of the drug offense charged in Count 1.

# INSTRUCTION NO. 4

While deliberating, you may consider any evidence offered by the parties at any stage of the trial. Any verdict you reach in the jury room must be unanimous. In other words, to return a verdict you all must agree. Your deliberations will be secret; you will never have to explain your verdicts to anyone.

A Special Verdict Form has been prepared for your convenience. If you believe that the United States has met its burden with respect to the item of property listed, you will place an "X" on the line next to the property under the heading "YES". If you find that the United States has not met its burden with respect to the property, you will place an "X" on the line under the heading "NO."

When your foreperson has completed the form, signed and dated it, you will end your deliberations and return to the courtroom.