JASON M. GATEWOOD                                         MOVANT/DEFENDANT

v.                                         CRIMINAL ACTION NO. 1:10-CR-7-JHM-1

UNITED STATES OF AMERICA                            RESPONDENT/PLAINTIFF

## MEMORANDUM OPINION AND ORDER

This matter is before the Court upon a *pro se* motion brought by Movant/Defendant Jason M. Gatewood for relief from judgment pursuant to Rule 60(b) (DN 123).

Following a jury trial, Gatewood was convicted of possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D); possession of a firearm during and in relation to a drug-trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A); and being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). As a result of prior controlled-substance convictions, Gatewood was subject to an enhanced sentence under the Armed Career Criminal Act, *see* 18 U.S.C. § 924(e), and was sentenced to a total of 240 months of imprisonment. The Sixth Circuit of Appeals affirmed Gatewood's convictions and sentence on January 29, 2013 (DN 100).

The instant Rule 60(b) motion is virtually identical to the most recent 28 U.S.C. § 2255 motion filed by Gatewood in this Court (DN 121). In both motions, Gatewood argues that he is entitled to relief because his indictment was fatally defective. Significantly, however, the Sixth Circuit has held that Rule 60(b) relief is unavailable in criminal proceedings. *See United States v. Moon*, 527 F. App'x 473, 474 (6th Cir. 2013) (affirming district court's denial of Rule 59(e) and 60(b) motions seeking relief from criminal judgment because "neither rule of civil procedure applies to criminal proceedings"); *United States v. Gibson*, 424 F. App'x 461, 464 (6th Cir.

2011) ( "'Rule 60(b) is not applicable to criminal proceedings,' *United States v. Diaz*, 79 F.

App'x  151, 152 (6th Cir. 2003), and may not be used to disturb a criminal sentence or

conviction.") (additional citations omitted).

For this reason, **IT IS HEREBY ORDERED** that Gatewood's Rule 60(b) motion

(DN 123) is **DENIED**.

Date:  February 14, 2018

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

cc:     Movant/Defendant, *pro se*
        U.S. Attorney
4414.011